# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **24-2634**

Caption [use short title]: **RICHARDS vs. CITY OF NEW YORK, Et Al**

Motion for: **CONCEALMENT OF CURRENT & PAST EMPLOYERS of Petitioner**

Set forth below precise, complete statement of relief sought: Based on:-
(a) IDENTITY THEFT CONCERNS from deliberate exposure of Petitioner's PERSONAL & PRIVACY DATA
(b) ATTEMPTS @ TAX FILINGS in Petitioner's name, by unscrupulous persons.
(c) Other SECURITY CONCERNS

MOVING PARTY: **RICHARDS, Alroy**
OPPOSING PARTY: **CITY OF NEW YORK, ATTN: Corporation Counsel, et al**

[ ] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY (crossed out): **RICHARDS, Alroy**
179 Elm Street
Valley Stream N.Y. 11580
347-779-3620, alroyrichards7@gmail

OPPOSING ATTORNEY: **Ms JANET L. ZALEON**
c/o NYC Law Dept, Corporation Counsel
100 Church Street
New York, N.Y. 10007, 212-356-1000
jzaleon@law.nyc.gov

Court- Judge/ Agency appealed from: **SDNY, Hon Justice Ms Ronnie Abrams**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? [✓] Yes  [ ] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [✓] No  If yes, enter date: _____

Signature of Moving ~~Attorney~~ Party: [signature]  Date: **11/07/2024**  Service: [ ] Electronic [✓] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

## UNITED STATES' DISTRICT COURT

COURTS OF APPEALS
SECOND CIRCUIT, New York

**Case #26-2634**

ALROY RICHARDS
        *Petitioner-Appellant*

vs.

CITY OF NEW YORK, ATTN: Corporation Counsel
Mr. SCOTT STRINGER, in His Capacity of NYC Comptroller
Or, His Successor
Mr. JOHNATHAN PASTORIZA, *Police Officer*
Mr. D. SAROFF, *Police Officer*
        *Respondents-Respondents*

**MOTION For CONCEALMENT Or REDACTION, OF PETITIONER'S EMPLOYERS**

---

**PLEASE TAKE NOTICE**, that, I, Alroy Richards, the Petitioner-Appellant, herein moves this Court, the United States' Court of Appeals, Second Circuit (New York), located at 500 Pearl Street, New York, N.Y. 10007, on 28th of November, or sooner, or, thereafter, at approximately 10:00 hours, in the forenoon, or, as this Court shall otherwise determine, for a Motion to be heard, regarding the caption. There are merits, in this Special request, by the Petitioner-Appellant.

I, Alroy Richards, Petitioner-Appellant, herein further state:

(a) That the Petitioner-Appellant had submitted an **Informa Pauperis** application, to this Court, on, and dated, **11/05/2024**, and which was dispatched, to your Court, by **U.S.P.S. mail**. There were two(2) versions contained, in that dispatch, being, the Employment **Redaction** version, as well as the **Original** (unredacted) version, Petitioner-Appellant, asking that **only the Redacted version be uploaded**, as case could be accessed by the public.

(b) Petitioner-Appellant have had his **Personal Data**, and **Privacy Data deliberately exposed**, which include Social Security and Medical Records (300 pages), by unscrupulous personnel, the subject of which is now before a New York State (Civil) Court, since late 2022. Actions by such perpetrators being deliberate.

(c) Based on certain elements of **"threats"**, **intimidations**, **harassments (pattern, practice, norm,** may be **"custom?)**, by some agents of the Respondents, resulting in vastly negative actions, towards the Petitioner-Appellant, that the requests, by the Petitioner-Appellant, have proven merits.

1

(d) Relative to the Petitioner-Appellant, that there may be, or could have been, prejudices, or compromises, in Petitioner's-Appellant's 2023/2024 **Tax Filings**, causing, still to date, unresolved matters, through no fault of the Applicant.

It is on these merits, and sensitive details, that the Petitioner-Appellant, is asking the Court, for:

**RELIEF SOUGHT**: **Exemptions**, in the filing of the Informa Pauperis, in **only uploading** the **Redacted version**, as per U.S.P.S. mail.

Dated: 7th November 2024.
       Nassau County, N.Y.

_____
***Petitioner-Appellant, Pro-Se***

TO:     U.S. District Courts, Court of Appeals
            Second Circuit, New York
            500 Pearl Street
            New York, N.Y. 10007 — ATTN: PRO-SE SECTION

And TO:  ALL RESPONDENTS
            c/o NYC Law Department
            ATTN: Corporation Counsel
            100 Church Street
            New York, N.Y. 10007
         **ATTN**: Ms. **JANET L. ZALEON**, For ***Corporation Counsel***
         **EMAIL:** jzaleon@law.ny.gov

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

ALROY RICHARDS

v.

CITY OF NEW YORK, ATTN: Corporation Counsel, et al

**CERTIFICATE OF SERVICE***

Docket Number: 24-2634

I, RICHARDS ALROY, hereby certify under penalty of perjury that
(print name)
on 11/07/2024, I served a copy of (a)(LETTER) dd. 11/07/2024 form of MOTION, (b) MOTION INFORMATIONAL STATEMENT
(date)
(list all documents)

by (select all applicable)**

___ Personal Delivery     ✓ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties: CITY OF NEW YORK * = MOTION
NYC Law Department, 100 Church Street, New York, N.Y. 10007

| Name | Address | City | State | Zip Code |

ATTN: Ms JANET L. ZALEON for Corporation Counsel

| Name | ~~Address~~ | ~~City~~ | ~~State~~ | ~~Zip Code~~ |

| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/07/2024
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)